# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CTC, INC., )<br>)<br>  Plaintiff, )<br>)<br>-vs- )<br>)<br>SCHNEIDER NATIONAL INC. and )<br>SCHNEIDER NATIONAL )<br>CARRIERS, INC. )<br>)<br>  Defendants. ) | Case No. CIV-20-1235-F |

## **ORDER**

Defendant Schneider National Carriers, Inc. moves to compel discovery responses. Doc. no. 31. No response was filed to the motion.

After careful consideration, the order is **GRANTED**, as follows. Plaintiff is compelled to respond to defendant's First Set of Interrogatories and Requests for Production of Documents within ten days of the date of this order.

Based on plaintiff's failure to timely respond to defendant's First Set of Interrogatories and Requests for Production, all objections to same are deemed waived pursuant to Rule 33(b)(4), Fed. R. Civ. P.

Pursuant to Rule 37(a)(3)(A), Fed. R. Civ. P., and Rule 37(a)(5), Fed. R. Civ. P., defendant is hereby awarded its attorneys' fees and costs associated with preparing and pursuing the motion to compel. If the parties cannot agree on an amount representing defendant's fees and costs, then defendant shall file documentation of its fees and costs within twenty-one days of the date of this order.

IT IS SO ORDERED this 16th day of November, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE